UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSE SERRATO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERMEX INTERNATIONAL, INC.,<br>ENERMEX RENTALS & SERVICE LLC and EDGAR H. PADILLA<br>Defendants. | §§§§§§§§§§§§§§§§§<br><br>No. 4:18-cv-00548<br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

In accordance with Rule 41 the Joint Stipulation of Dismissal With Prejudice, this action is **DISMISSED** with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Each party shall bear its own fees and costs associated with this lawsuit.

SIGNED this _10_ day of _Dec_ in the year 2018 at Houston, Texas.

_____
Gray H. Miller
United States District Judge